**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

August 17, 2006

VIA FACSIMILE AND U.S. MAIL

Honorable Michael A. Telesca
United States District Court Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

    Re:    <u>Kimberly Ann Keskin v. Dandrea L. Ruhlmann, et al.</u>
           Civil Action No. 04-CV-6600T

Dear Judge Telesca:

    The parties in the above-referenced matter are currently engaging in settlement discussions. Consequently, plaintiff respectfully requests, without opposition from defendants, that the return date for Defendant's Motion to Dismiss set for September 7, 2006 be adjourned for 30-days pending the outcome of the settlement discussions between the parties.

    If this meets with your Honor's approval, a "So Ordered" line is provided at the bottom of this letter for the Court's convenience.

    Thank you for your courtesies in this matter.

Respectfully submitted,

*Kimberly A. Nichols*
Kimberly A. Nichols

cc:    Hon. Marian W. Payson (via facsimile and U.S. mail)
       Larry J. Andolina, Esq. (via facsimile)
       Tamara B. Christie, Esq. (via facsimile)

SO ORDERED
*Michael A. Telesca*
**MICHAEL A. TELESCA**
**United States District Judge**

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
knichols@theemploymentattorneys.com • www.theemploymentattorneys.com

H:\Keskin, Kim\Letters\Telesca, J 8-17-06.doc