**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

October 18, 2006

**VIA FACSIMILE AND U.S. MAIL**

Honorable Michael A. Telesca
United States District Court Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: Kimberly Ann Keskin v. Dandrea L. Ruhlmann, et al.
Civil Action No. 04-CV-6600T

Dear Judge Telesca:

As this Court is aware, the parties in the above-referenced matter are currently engaging in settlement discussions and there is currently a mediation scheduled for November 21, 2006 with Judge Payson. Consequently, plaintiff respectfully requests that plaintiff's response to Defendant's Motion to Dismiss be due 30-days after the conclusion of the mediation process if unsuccessful. Defendants' counsel does not object to this request.

If this meets with your Honor's approval, a "So Ordered" line is provided at the bottom of this letter for the Court's convenience.

Thank you for your courtesies in this matter.

Respectfully submitted,

J. Nelson Thomas

cc: Hon. Marian W. Payson (via facsimile and U.S. mail)
Larry J. Andolina, Esq. (via facsimile)
Tamara B. Christie, Esq. (via facsimile)

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
nthomas@theemploymentattorneys.com • www.theemploymentattorneys.com

H:\Keskin, Kim\Letters\Telesca, J 10-18-06.doc

Honorable Michael A. Telesca
October 18, 2006
Page 2

**SO ORDERED:**

S/ MICHAEL A. TELESCA
_____
Honorable Michael A. Telesca
United States District Court Judge

October __19__, 2006
Rochester, New York